WILLIAM E. ARNSTEIN et al., Appellants, *v.* LEONARD PRICE et al., Respondents, and WILLIAM E. ARNSTEIN et al., as Executors of ELSIE N. ARNSTEIN, Deceased, Intervenors-Appellants.

Argued May 26, 1955; decided July 8, 1955.

*Chester T. Lane* and *Walter E. Beer, Jr.,* for appellants and intervenors-appellants.

*Jack H. Hantman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.